FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 21  PM 3: 19

PO

TIMOTHY M. BURGESS
United States Attorney

JAMES A. GOEKE
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
(907) 271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. A05-123 CR (RRB) |
| Plaintiff, | COUNT 1: |
| | DRUG CONSPIRACY |
| vs. | Vio. of 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(B) |
| KELVIN WASHINGTON, a/k/a "Kevin Washington", "Special K", | |
| Defendant. | |

INFORMATION

The United States Attorney charges that:

COUNT 1

Between on or about March 21, 2005 and on or about August 13, 2005, both dates being approximate and inclusive, the defendant, KELVIN WASHINGTON, a/k/a "Kevin Washington" and "Special K", did unlawfully and knowingly combine, conspire,

confederate and agree with others, both known and unknown to the government (the "members of the conspiracy"), in Anchorage, within the District of Alaska, and in the state of Washington, and elsewhere, to distribute, and possess with intent to distribute, 500 grams or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code Sections 841(a)(1), 841(b)(1)(B), and 846.

DATED: Dec. 21, 2005

TIMOTHY M. BURGESS
United States Attorney

JAMES A. GOEKE
Assistant U.S. Attorney