UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

USA v. KELVIN WASHINGTON

DATE: December 28, 2005   CASE NO. A05-0123 CR (RRB)
                                   initially A05-0076 CR

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS
SCHEDULING ARRAIGNMENT/PLEA HEARING**

---

Defendant Washington has filed a Notice of Intent to Change Plea (Docket 3) to the Information filed in A05-0123 CR. An arraignment and plea hearing will be held in this matter on **Wednesday, January 4, 2006, at 2:00 p.m.**, in Courtroom 2.

M.O. SCHEDULING ARRAIGNMENT/PLEA HEARING