DEBORAH M. SMITH
Acting United States Attorney

CRANDON RANDELL
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: crandon.randell@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-00123-RRB |
| Plaintiff, | ) | **AMENDED** ENTRY OF APPEARANCE |
| vs. | ) | |
| KELVIN WASHINGTON, | ) | |
| Defendant. | ) | |

COMES NOW the United States by and through counsel and hereby gives notice that Assistant United States Attorney Crandon Randell now appears as counsel for the for Plaintiff United States of America in the above-entitled action.

All future correspondence in this matter should be sent to:

CRANDON RANDELL
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: crandon.randell@usdoj.gov

RESPECTFULLY SUBMITTED this 14th day of June, 2006 at

Anchorage, Alaska

DEBORAH M. SMITH
Acting United States Attorney

CRANDON RANDELL
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: crandon.randell@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on June 14, 2006
a copy of the foregoing NOTICE was served
electronically:

**Sue Ellen Tatter**          Washington, Kelvin (Def. 3)

s/ Crandon Randell