MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. <u>KELVIN WASHINGTON</u>          CASE NO. <u>3:05-cr-00123-RRB</u>
Defendant: <u>X</u> Present <u>X</u> In Custody

BEFORE THE HONORABLE:          <u>RALPH R. BEISTLINE</u>

DEPUTY CLERK/RECORDER:          <u>APRIL KARPER</u>

UNITED STATES' ATTORNEY:          <u>CRANDON RANDELL</u>

DEFENDANT'S ATTORNEY:          <u>F. RICHARD CURTNER</u>

U.S.P.O.:          <u>BARBARA BURTON</u>

PROCEEDINGS: IMPOSITION OF SENTENCE HELD AUGUST 17, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:04 a.m. court convened.

<u>X</u> Notice of Appeal form given to defendant.

<u>X</u> Court stated findings/reasons pursuant to sentencing guidelines.

<u>X</u> Imprisonment for a period of <u>60 months.</u>

<u>X</u> Defendant placed on supervised release for a period of <u>4</u> years under the usual terms and conditions with special conditions of supervised release as stated in the judgment.

<u>X</u> Special Assessment $<u>100.00</u>, due <u>immediately.</u>

<u>X</u> Defendant remanded to the custody of the U.S. Marshal.

<u>X</u> OTHER: <u>Court and counsel heard re presentence report; court accepted presentence report. Court recommended that the defendant participate in the 500 hour drug and alcohol program and that the defendant serve his time at the Facility located in Fort Worth, Texas. Appeal rights given. Payment Coupon given to defendant.</u>

At 9:27 a.m. court adjourned.

OFF RECORD NOTE: Court dismissed count 1 of the Second Superseding Indictment in case number 3:05-cr-00076-03-RRB as to this defendant only.

DATE:     <u>August 17, 2006</u>     DEPUTY CLERK'S INITIALS:     <u>ak</u>